THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZACHARY N. WILLIFORD, Appellant. [852 NYS2d 878]—

Memorandum: Defendant appeals from a judgment convicting

him, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree (Penal Law §§ 110.00, 220.16 [1]). Contrary to the contention of defendant, the record establishes that he voluntarily, knowingly, and intelligently waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Kemp*, 94 NY2d 831, 833 [1999]), and that valid waiver encompasses his challenge to the severity of the sentence (*see People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Burney*, 41 AD3d 1221 [2007], *lv denied* 9 NY3d 863 [2007]). Present— Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.